

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 20, 2026

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Peal Street
New York, New York 10007

      **Re:**     ***United States v. Christhian Aybar-Berroa*, S1 25 Cr. 367-2 (LAP)**

Dear Judge Preska:

The Government respectfully writes, with the consent of the defendant, to request that the Court order the below agree-upon pretrial and trial-related deadlines, in advance of the July 20, 2026 trial scheduled in the above-referenced matter:

- Expert disclosures, pursuant to Rule 16, to be exchanged by June 15, 2026;
- Motions *in limine* to be filed by June 22, 2026;
- Responses and objections, if any, to motions *in limine* to be filed by July 6, 2026;
- Requests to charge and proposed *voir dire* to be filed by July 10, 2026; and
- Government to provide Section 3500 material; both parties to exchange preliminary exhibits and exhibits lists; and defense to produce Rule 26.2 material by July 13, 2026.[1]

The above pretrial and trial-related deadlines shall apply.  The Clerk of Court shall close docket number 47.
**SO ORDERED.**

*Loretta A. Preska*

Loretta A. Preska, U.S.D.J.
May 28, 2026

---

[1] Section 3500 and Rule 26.2 material generated after July 13, 2026, will be produced on a rolling basis.